UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BADGER ACQUISITION OF KENTUCKY LLC,

    Plaintiff,

v.

PHOENIX REHABILITATION AND NURSING CARE, INC. NFP,

    Defendant.

Case No. 13-cv-962-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion for default judgment (Doc. 6). The certificate of service does not indicate that the plaintiff has sent notice of the entry of default (Doc. 7) as required by SDIL Local Rule 55.1(a). For these reasons, the Court **DENIES without prejudice** the motion for default judgment (Doc. 6).

**IT IS SO ORDERED.**
**DATED: December 20, 2013**

                          s/J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**